| PROB 22 (Rev. 2/88) | **DOCKET NUMBER** *(Tran. Court)* |
| --- | --- |
| | 4:06-CR-00008-009 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)* |
| | 3:18-00018 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Todd Mason | Eastern District of Tennessee | Chattanooga |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Curtis L. Collier | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/10/2016 | TO 06/09/2022 |

| OFFENSE |
| --- |
| Conspiracy to Manufacture Methamphetamine |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Eastern District   DISTRICT OF  Tennessee

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Tennessee  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1/29/18 | /s/ Curtis L. Collier |
| --- | --- |
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Middle District   DISTRICT OF  Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 2/13/18 | [signature] |
| --- | --- |
| Effective Date | United States District Judge |

Case 4:06-cr-00008-CLC-SKL   Document 538   Filed 01/29/18   Page 1 of 1   PageID #: 1073